FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA 02 DEC 23  PM 1: 41
NORTHEASTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

TIMOTHY RAY POWELL,                      )
                                         )
                    Plaintiff            )
                                         )
vs.                                      )     CASE NO. CV 02-S-1554-NE
                                         )
MADISON COUNTY COMMISSION,               )
SHERIFF JOE W. WHISANTE, and             )     **ENTERED**
LIEUTENANT ALFRED HAMMOND,               )
                                         )     DEC 2 3 2002
                    Defendants           )
                                               UNITED STATES DISTRICT COURT
                                               NORTHERN DISTRICT OF ALABAMA

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on November 18, 2002, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice subject to plaintiff exhausting his administrative remedies under 28 U.S.C. § 1915A(b).  No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed without prejudice subject to plaintiff exhausting his administrative remedies pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this **23rd** day of December, 2002.

_____
United States District Judge